Suzanne L. Martin
Nevada Bar No. 08833
suzanne.martin@ogletreedeakins.com
Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Healthcare Partners of Nevada*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAN ILARDI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE PARTNERS OF NEVADA, a Limited Liability Company; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00775-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Jan Ilardi and Defendant Healthcare Partners of Nevada, by and through their respective counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety.

/ / /

/ / /

Each party shall bear their own fees and costs.

**IT IS SO STIPULATED:**

Dated this 8th day of October, 2014.

| COGBURN LAW OFFICES | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C. |
|---|---|
| /s/ Andrew Rempfer | /s/ Brian L. Bradford |
| Andrew L. Rempfer | Suzanne L. Martin |
| Paul R. M. Cullen | Jill Garcia |
| 2879 St. Rose Parkway | Brian L. Bradford |
| Suite 200 | 3800 Howard Hughes Parkway |
| Henderson, NV 89052 | Suite 1500 |
| *Attorneys for Plaintiff* | Las Vegas, NV 89169 |
| | *Attorneys for Defendant* |

### ORDER

Based on the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to close this case.

Dated: October 9, 2014.

_____
UNITED STATES DISTRICT JUDGE

2